## Law Office of Jonathan Bell
(t) (212) 594-6656
(f) (212) 656-1845
www.jonathanbelllaw.com



RECEIVED
JUL - 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**Mailing & L.I. Address**
30 Jericho Executive Plaza, #100e
Jericho, NY 11753

**Manhattan Address**
1250 Broadway, Suite 3701
New York, NY 10001

TO:     Michael McMahon
        Clerk of Court
        212 805-7917

FROM:   Jonathan Bell (JB0235)

DATE:   July 3, 2008

Re:     Katz v. Paulson, et al.
        Docket #: 08 CV 4210

PAGES:  2, including cover

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

**MEMO ENDORSED**

Dear Mr. McMahon:

Please be advised that a case management conference is scheduled for Monday, July 7, 2008. However, an Answer to the Complaint has not been interposed by the Defendant. Furthermore, their time to Answer the Complaint has not expired.

Therefore, I am respectfully requesting the Case Management Conference is adjourned. I am attaching a copy of the affidavits of service, indicating service was made on June 6, 2008. Because the defendant is a Government Agency, their time to Answer the Complaint has not expired. Thank you for your consideration.

This is the first request for an adjournment.

Sincerely,
Jonathan Bell

*[Handwritten endorsement:]* Application granted. Conference adjourned to August 15, 2008 at 9:30 AM. So ordered. RMPatterson USDJ 7/3/08

FROM HOCHBAUM AND                                                    (THU) 7 3 2008 11:26/ST. 11:25/NO. 5000000039 P 2

FORM 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL
**LAW OFFICE OF JONATHAN BELL**
ATTN:
U.S. SOUTHERN DIST. COURT       NEW YORK

ANDREW KATZ                                                          pl

- against -

HENRY M. PAULSON, JR. SECRETARY                                      de
DEPARTMENT OF TREASURY

STATE OF NEW YORK, COUNTY OF NEW YORK
JOSE ESPINAL   being duly sworn, deposes and
not a party to this action, and reside in the Sta
6th day of June, 2008   11:20 AM                    at
%U.S. ATTORNEY FOR SOUTHERN DIST. OF NY
86 CHAMBERTS ST, NEW YORK, NY 10007   3RD FL
I served the SUMMONS AND COMPLAINT
upon HENRY M. PAULSON, JR. SECRETARY DEPARTMENT OF TREASURY
the DEFENDANT therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
**ARETHA CHARLES---LEGAL CLERK AUTHORIZED TO ACCEPT**
a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **BLACK**  HAIR: **BLACK**   AGE: 35  HEIGHT: 5:8  WEIGHT: 170
OTHER IDENTIFYING FEATURES:
On 06/06/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
**actual place of employment of the DEFENDANT.**
both
Copy mailed CERTIFIED mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served. ALSO MAILED TO 950 PENNSYLVANIA AVE. NW
                                                      WASHINGTON, DC 20530
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

Sworn to before me this
9th day of June,    2008i

JOEL GOLUB
Notary Public, State of New York
No. 01GO4751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

JOSE ESPINAL  1278811
AETNA CENTRAL JUDICIAL SERVICE
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JB12132226

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
OFFICIAL USE
Postage $
Certified Fee  3.65
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total  102 /JB12
Sent To: HENRY M. PAULSON, JR. SECRETARY
DEPARTMENT OF TREASURY
Street %U.S. ATTORNEY FOR SOUTHERN DIST. OF NY
or PO
City 86 CHAMBERS ST, NEW YORK, NY 10007