MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2679
Fax No.: (212) 637-2717
E-mail: Jean-David.Barnea@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW KATZ,<br><br>    Plaintiff,<br><br>    -v-<br><br>HENRY M. PAULSON, JR., SECRETARY, DEPARTMENT OF TREASURY,<br><br>    Defendant. | ECF CASE<br><br>No. 08 Civ. 04210 (RPP)<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of Defendant Henry M. Paulson, Jr., Secretary of the Treasury, and to add him as an Attorney to whom Notices of Electronic Filing should be transmitted in this case.

                                                            MICHAEL J. GARCIA
                                                            United States Attorney for the
                                                            Southern District of New York

                                                    By:    /s/ Jean-David Barnea
                                                            JEAN-DAVID BARNEA
                                                            Assistant United States Attorney
                                                            Telephone: (212) 637-2679

TO:   JONATHAN BELL, ESQ.
        Counsel for Plaintiff
        30 Jericho Executive Plaza, Suite 100e
        Jericho, NY 11753
        Telephone: (212) 594-6656