


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 30, 2008

**BY FACSIMILE (212) 805-7917**
The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```

Re: <u>Katz v. Paulson</u>, 08 Civ. 4210 (RPP)

Dear Judge Patterson:

    I write respectfully on behalf of Defendant Henry M. Paulson, Jr., Secretary of the Treasury, to request a 30-day extension of time, from the current deadline of Tuesday, August 5, 2008 to Thursday, September 4, 2008, to answer or otherwise respond to the complaint in the above-referenced action. In addition, I ask that the case management conference currently scheduled for Wednesday, August 13, 2008 be postponed to a date convenient to the Court that falls after Defendant has filed his response to the complaint. I request this extension of time in order to obtain further information related to this action from the agency. No previous extensions have been requested or granted in this matter.

    I have spoken by telephone with Plaintiff's counsel, Mr. Jonathan Bell, and he has consented to this extension. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

*[Handwritten annotation: Application granted. Case management conference adjourned to 9/11/08 at 9:30 AM. So ordered. Robert P. Patterson, USDJ, 8/4/08]*

cc: <u>BY FACSIMILE</u>
JONATHAN BELL, ESQ.
Counsel for Plaintiff
30 Jericho Executive Plaza, Suite 100e
Jericho, NY 11753
Fax (212) 656-1845